UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re                                                         Chapter 11

KERVIN VALES,                           Case No. 17-40613(CEC)
a/k/a KERVIN P. VALES,

                     Debtor.

-------------------------------------------------------X

## ORDER

Upon the Final Application for Fees and Reimbursement of Expenses of Carlos J. Cuevas, Esq. as counsel to the Debtor and Debtor-in-Possession dated September 14, 2017 (the "Application"); the hearing conducted on October 11, 2017; after hearing Carlos J. Cuevas, Esq. in support of the Application; there being no opposition to the Application; there being good and sufficient service of the Application; after due deliberation; there being sufficient cause; and upon all the proceedings had herein; it is

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that final compensation is awarded in the amount of $32,895.00 and reimbursement of expenses in the amount of $103.10.



Dated: Brooklyn, New York
October 19, 2017

_____
**Carla E. Craig**
**United States Bankruptcy Judge**