Carlos J. Cuevas, Esq.  
Attorney for Debtor  
1250 Central Park Avenue  
Yonkers, New York 10704  
914.964.7060  
Carlos J. Cuevas

Return Date: 10/10/18@ 3:00 PM

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-------------------------------------------------------X

In re

Chapter 11

KERVIN VALES a/k/a  
KERVIN P. VALES,

Case No. 17-40613(CEC)

               Debtor.

-------------------------------------------------------X

**DECLARATION OF CARLOS J. CUEVAS, ESQ. IN SUPPORT<br>OF MOTION TO CONVERT FEE ORDER INTO A JUDGMENT**

CARLOS J. CUEVAS, declares under penalty of perjury under the laws of the United States of America, Judicial Code Section 1746, that the foregoing is true and correct:

1. I am counsel for the Debtor. Unless otherwise stated, I have personal knowledge of the facts contained in this Declaration.

2. On February 13, 2018 the Debtor filed a Chapter 11 case. (Dkt. No. 1).

3. No trustee was appointed.

4. No creditors committee was appointed.

5. On December 21, 2017 this Court entered an order dismissing this Chapter 11 case. (Dkt. No. 56).

6. On October 20, 2018 this Court entered an order awarding final compensation is awarded

1

in the amount of $32,895.00 and reimbursement of expenses in the amount of $103.10 (the "Order"). (Dkt. No. 54) (Exhibit A).

7. I am compelled to prosecute this Motion to Convert Fee Order into a Judgment because $10,998.10 of my fee award in this case remains unpaid.

8. In order to assist the Debtor with the implementation of the settlement with Ms. Donna Chisolm-Mitchell I deferred most of my compensation. After the entry of my fee award I was paid $12,000.00 on account. If I had taken the total fee award, then the Debtor would have been unable to make the initial payment under the settlement with Ms. Chisolm-Mitchell. Moreover, the Debtor's settlement with Chisolm-Mitchell was structured so that the Debtor would have affordable monthly payments.

9. In February 2018 the Debtor made another $10,000.00 payment to me on account.

10. I have not received a payment on the fee order since February 2018.

11. I have worked with the Debtor, and have still represented him in this Chapter 11 case and his dealings with Ms. Chisolm-Mitchell.

12. At this juncture I am requesting that this Court convert the Order into a judgment so that I can record and enforce the judgment as a means of getting paid.

13. Under Federal Rules of Bankruptcy Procedure 7054 and 9014 an order constitutes a judgment. I am respectfully requesting that the Order be converted into a judgment.

14. I am respectfully requesting that this Court enter a judgment in my favor in the amount of $10,998.10 against the Debtor.

Dated: Yonkers, New York
      September 6, 2018

                                              <u>/s/ Carlos J. Cuevas</u>
                                                Carlos J. Cuevas