Carlos J. Cuevas, Esq.  
Attorney for Debtor  
1250 Central Park Avenue  
Yonkers, New York 10704  
914.964.7060  
Carlos J. Cuevas

Return Date: 10/10/18 @ 3:00 PM

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-------------------------------------------------------X

In re

Chapter 11

KERVIN VALES a/k/a  
KERVIN P. VALES,

Case No. 17-40613(CEC)

               Debtor.

-------------------------------------------------------X

## NOTICE OF MOTION

**MADAMS/SIRS**:

    **PLEASE TAKE NOTICE**, that upon the Declaration of Carlos J. Cuevas, Esq. dated August 21, 2018 and upon all the proceedings had herein the undersigned will move before the Hon. Carla E. Craig, Chief United States Bankruptcy Judge, Hon. Conrad Duberstein Court-house, 271-C Cadman Plaza East, Brooklyn, New York 11201 on October 10, 2018 at 3:00 PM or as soon thereafter as counsel can be heard for an order pursuant to Bankruptcy Code Section 105(a) and Federal Rules of Bankruptcy Procedure 7054 and 9014 granting Carlos J. Cuevas, Esq. a judgment in the amount of $10,998.10 against Mr. Kervin Vales; and such other and further relief as this Court deems just and equitable.

    **PLEASE TAKE FURTHER NOTICE**, that opposition papers must be served and filed at least three days prior tot he return date of this Motion.

1

Dated: Yonkers, New York
September 6, 2018

                         CARLOS J. CUEVAS, ESQ.
                         Attorney for the Debtor

                         By: /s/ Carlos J. Cuevas
                             Carlos J. Cuevas
                             1250 Central Park Avenue
                             Yonkers, New York 10704
                             Tel. No. 914.964.7060

To: Joseph Ledwidge, Esq.
     170-26 Cedarcroft Road,
     Jamaica Estates, NY 11439

     Marylou Martin, Esq.
     Office of the U.S. Trustee
     201 Varick Street
     New York, New York 10014

     Mr. Kervin Vales
     902 Greene Avenue
     Brooklyn, New York 11221