UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re

KERVIN VALES a/k/a
KERVIN P. VALES,

        Debtor.

-------------------------------------------------------X

Chapter 11

Case No. 17-40613(CEC)

## ORDER

Upon the Notice of Motion dated September 6, 2018; the Declaration of Carlos J. Cuevas, Esq. in Support of Motion to Convert Fee Order into a Judgment dated September 6, 2018; the hearing conducted October 10, 2018; there being no objection ***to the (CEC)*** Motion to Convert Fee Order into a Judgment; there being good and sufficient service of the Motion to Convert Fee Order into a Judgment; after due deliberation; there being sufficient cause; and upon all the proceedings had herein, it is

ORDERED, that the Motion to Convert Fee Order into a Judgment is granted ***as provided herein (CEC)***, it is further

ORDERED, that the Clerk of the Court is directed to enter a judgment in the amount of $10,998.10 in favor of Carlos J. Cuevas, Esq. and against Mr. Kervin Vales.



**Dated: Brooklyn, New York**
**October 22, 2018**

_____
    **Carla E. Craig**
**United States Bankruptcy Judge**