UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re                                                                      Chapter 11

KERVIN VALES a/k/a                                          Case No. 17-40613(CEC)
KERVIN P. VALES,

            Debtor.

-------------------------------------------------------X

## **JUDGMENT**

      This Court has ordered that Carlos J. Cuevas, Esq. Recover from Kervin Vales, the amount of ten thousand nine hundred ninety-eight dollars and ten cents ($10,998.10) and postjudgment interest at the rate of 2.48%.


Date:_____            CLERK OF THE COURT


                                                                        _____